IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CORY NUTT, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:19-CV-471-RP |
| LLANO POLICE DEPARTMENT, et al., | § § § | |
| Defendants. | § | |

## ORDER

On November 10, 2020, the parties in this case filed their Joint Notice of Settlement. (Dkt. 75). In the notice, the parties represent that they have reached a settlement in principle and anticipate finalizing the settlement in the next 45 days. (*Id.*). This case is currently set for jury trial on September 27, 2021, which will remain on the Court's trial calendar.

Accordingly, **IT IS ORDERED** that the parties shall file dismissal papers or a joint status report on or before **December 28, 2020**.

**SIGNED** on November 11, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE